Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUDREY LAKE,<br><br>Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>Defendant | CASE NO. 3:26-CV-00767-MMD-CLB<br><br>**<u>Order Granting</u>**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HOME DEPOT U.S.A., INC. TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES** |

Pursuant to Local Rule ("LR") IA 6-1, Plaintiff Audrey Lake ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively, the "Parties") agree and stipulate as follows:

1. On October 9, 2026, Defendant was served with Plaintiff's Complaint for Damages and Demand for Jury Trial ("Complaint").

2. The deadline for Defendant to respond to Plaintiff's Complaint is presently October 30, 2026.

3. Counsel for Defendant was recently retained and needs additional time to become familiar with this matter and meaningfully respond to the Complaint.

///

///

///

///

///

///

4. Accordingly, the Parties have agreed to an extension of time, to and including November 13, 2026, for Defendant to file its response to Plaintiff's Complaint.

Date: October 16, 2026

Respectfully submitted,

/s/ Dora Lane
Dora Lane, Esq.
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
Email: Dora@ascent-employmentlaw.com

Attorney for Defendant
Home Depot, U.S.A., Inc.

/s/ Lawrence Freiman
Lawrence Freiman, Esq.
Freiman Legal
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Email: Lawrence@freimanlegal.com

Attorney for Plaintiff
Audrey Lake

IT IS SO ORDERED:

United States Magistrate Judge

DATED: 10/15/2026



Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511