Dora V. Lane (SBN 8424)
ASCENT LAW, PC
dora@ascent-employmentlaw.com
5470 Kietzke Lane, Suite 300
Reno, NV 89511
Telephone: (775) 671-6171

*Counsel for Defendant*
*Home Depot U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUDREY LAKE,<br><br>Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>Defendant | CASE NO. 3:26-CV-00767-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HOME DEPOT U.S.A., INC. TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>**(Second Request)** |

Pursuant to Local Rule ("LR") IA 6-1, Plaintiff Audrey Lake ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively, the "Parties") agree and stipulate as follows:

1. On October 9, 2026, Defendant was served with Plaintiff's Complaint for Damages and Demand for Jury Trial ("Complaint").

2. The initial deadline for Defendant to respond to Plaintiff's Complaint was October 30, 2026.

3. The Parties subsequently stipulated that Defendant would have up to and including November 13, 2026 to respond to the Complaint.

///

///

///

///

///

///



Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511

4. Defendant is collecting and analyzing documents pertaining to Plaintiff's allegations, but has not finished doing so yet. Accordingly, the Parties agree that Defendant shall have up to and including November 27, 2026 to respond to Plaintiff's Complaint. This is Defendant's second request for extension of time to respond to the Complaint.

Date: November 10, 2026

Respectfully submitted,

/s/ Dora Lane
Dora Lane, Esq.
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
Email: Dora@ascent-employmentlaw.com

Attorney for Defendant
Home Depot, U.S.A., Inc.

/s/ Lawrence Freiman
Lawrence Freiman, Esq.
Freiman Legal
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Email: Lawrence@freimanlegal.com

Attorney for Plaintiff
Audrey Lake

IT IS SO ORDERED:

United States Magistrate Judge

DATED: November 10, 2026.

Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511